IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hunter, Andre  
Barksdale-Hunter, Wendella  
Printed: 11/11/08

Case Number: 05 B 41750  
Judge: Wedoff, Eugene R  
Filed: 9/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 25, 2008  
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,332.00 |  |
| Secured: |  | 4,709.91 |
| Unsecured: |  | 7,957.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,850.00 |
| Trustee Fee: |  | 815.00 |
| Other Funds: |  | 0.00 |
| Totals: | 15,332.00 | 15,332.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,850.00 | 1,850.00 |
| 2. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | M&T Mortgage Corp | Secured | 9,058.36 | 423.45 |
| 5. | General Motors Acceptance Corp | Secured | 7,060.30 | 4,286.46 |
| 6. | General Motors Acceptance Corp | Unsecured | 16,942.36 | 7,957.09 |
| 7. | Visa | Unsecured |  | No Claim Filed |
| 8. | La Rabida Children's Hospital | Unsecured |  | No Claim Filed |
| 9. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,911.02 | $ 14,517.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 222.14 |
| 5% | 86.55 |
| 4.8% | 168.39 |
| 5.4% | 272.92 |
| 6.5% | 65.00 |
|  | $ 815.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hunter, Andre | Case Number:  05 B 41750 |
| Barksdale-Hunter, Wendella | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  9/29/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

